ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUADALUPE MALAGON DIAZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DANIELLE LEHMAN, Director of the United States Citizenship and Immigration Services, San Francisco Asylum Office, *et al*.,<br><br>　　　　　　Defendants. | C 3:24-cv-03084 LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

　　　　In accordance with the Court's Order on July 17, 2024, the parties submit this joint status regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal.  Defendants apologize to the Court for missing the deadline to file the joint status report, due to an inadvertent error in calendaring the due date for the filing of the report.  United States Citizenship and Immigration Services ("USCIS") conducted Plaintiff's interview on August 26, 2024.  Following the interview, USCIS is in the process of scheduling an additional interview of the Plaintiff before the agency can complete adjudication of the application.

　　　　Accordingly, the parties stipulate and request that the proceedings in this case be stayed until February 7, 2025, at which time the parties will file a joint status report with the Court.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

Joint Status Report & Stipulation
C 3:24-cv-03084 LJC　　　　　　　　　　　　　　1

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: December 26, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: December 26, 2024

/s/ Mindy R. Taira-Kaplan
MINDY R. TAIRA-KAPLAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   December 27, 2024

LISA J. CISNEROS
United States Magistrate Judge

Joint Status Report & Stipulation
C 3:24-cv-03084 LJC                    2