ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GUADALUPE MALAGON DIAZ,<br><br>            Plaintiff,<br><br>  v.<br><br>DANIELLE LEHMAN, Director of the San Francisco Asylum Office, *et al.*,<br><br>            Defendants. | C 3:24-cv-03084 LJC<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

       The parties, through their attorneys, submit this joint status regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") conducted Plaintiff's interview on August 26, 2024. Following the interview, USCIS scheduled a re-interview of Plaintiff for February 20, 2025.

       Accordingly, the parties stipulate and request that the proceedings in this case be stayed until April 21, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution. In accordance with Civil Local Rule 5-1(i)(3), the filer of this document

attests that all signatories listed herein concur in the filing of this document.

Dated: February 6, 2025                    Respectfully submitted,

                                          ISMAIL J. RAMSEY
                                        United States Attorney

                                        */s/ Elizabeth D. Kurlan*
                                        ELIZABETH D. KURLAN
                                        Assistant United States Attorney
                                        Attorneys for Defendants

Dated: February 6, 2025

                                        */s/ Mindy R. Taira-Kaplan*
                                        MINDY R. TAIRA-KAPLAN
                                        Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: February 7, 2025

                                        LISA J. CISNEROS
                                        United States Magistrate Judge